FILED
8/11/17 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :
                                        :    No. 1-16-11131
MICHAEL S. DUCKETT,                     :
        Debtor                          :
                                        :    Chapter 13
MICHAEL S. DUCKETT,                     :
        Movant                          :
    VS.                                 :
                                        :    Re: Docket No. 45
S&T BANK, CNB BANK, INTERNAL            :
REVENUE SERVICE, and NATIONSTAR         :
BANK,                                   :
        Respondents                     :

Hearing Date & Time:
August 16, 2017, at 11:00 a.m.

## ORDER CONTINUING HEARING ON CHAPTER 13 SALE OF PROPERTY FREE AND DIVESTED OF LIENS

Debtor Michael S. Duckett filed a *Motion To Continue Hearing on Motion of Debtor for Authorization to Sell Property Free and Clear of All Liens and Encumbrances,* wherein he provided an update on the parties' continuing attempt to resolve Nationstar Mortgage's objections to sale and represented the concurrence of Nationstar Mortgage to the requested continuance.

*AND NOW,* this __11th__ day of __August__, 20 __17__, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

The matter is continued to September 13, 2017 at 11:30 a.m. in the Bankruptcy Courtroom, U.S. Courthouse, 17 SouthPark Row, Erie, PA.

Thomas P. Agresti, Judge    ljm
U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-11131-TPA
Michael S. Duckett                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: bsil               Page 1 of 1              Date Rcvd: Aug 11, 2017
                               Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.
db             +Michael S. Duckett,    1091 Sandstone Drive,    Falls Creek, PA 15840-3621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14356475       +E-mail/Text: cio.bncmail@irs.gov Aug 12 2017 01:14:26      Internal Revenue Service,
                 1000 Liberty Ave Room 711B,    Pittsburgh, PA 15222-4107
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:
              David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Donald M. Hahn    on behalf of Debtor Michael S. Duckett dhahn@nittanylaw.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sharon L. Smith    on behalf of Creditor Kelly   Duckett slschmedler@gmail.com,
               slschmedler@gmail.com
                                                                                             TOTAL: 6