FILED
8/11/17 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | No. 1-16-11131 |
| MICHAEL S. DUCKETT, | |
|     Debtor | |
| | Chapter 13 |
| MICHAEL S. DUCKETT, | |
|     Movant | |
| VS. | |
| | Docket No. 35 |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | |
|     Respondent | |

Hearing Date & Time:
August 16, 2017, at 11:00 a.m.

## ORDER CONTINUING HEARING ON AMENDED CHAPTER 13 PLAN

Debtor Michael S. Duckett filed a ***Motion To Continue Hearing on Amended Chapter 13 Plan***, wherein he represented that he concurrently filed a ***Motion of Debtor for Authorization to Sell Property Free and Clear of All Liens and Encumbrances*** and obtained the concurrence of the Chapter 13 Trustee to the requested continuance.

***AND NOW,*** this ___11th___ day of ___August___, 20__17__, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

    ☐ The matter is continued to ___September 13___, 20 _17_ at _11_ : _30_ A.M. in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

BY THE COURT:

_____
Hon. Thomas P. Agresti    ljm
Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-11131-TPA
Michael S. Duckett                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: bsil                  Page 1 of 1               Date Rcvd: Aug 11, 2017
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.
db             +Michael S. Duckett,    1091 Sandstone Drive,    Falls Creek, PA 15840-3621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:
              David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              Donald M. Hahn    on behalf of Debtor Michael S. Duckett dhahn@nittanylaw.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sharon L. Smith    on behalf of Creditor Kelly  Duckett slschmedler@gmail.com, slschmedler@gmail.com
                                                                                              TOTAL: 6