Filed
9/8/17 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | No. 1-16-11131 |
| MICHAEL S. DUCKETT, | : | |
|         Debtor | : | |
| | : | Chapter 13 |
| MICHAEL S. DUCKETT, | : | |
|         Movant | : | |
|   VS. | : | |
| | : | Re: Docket No. 45 , 81 |
| S&T BANK, CNB BANK, INTERNAL | : | |
| REVENUE SERVICE, and NATIONSTAR | : | |
| BANK, | : | |
|         Respondents | : | |

Hearing Date & Time:
September 13, 2017, at 11:30 a.m.

### ORDER CONTINUING HEARING ON
### CHAPTER 13 SALE OF PROPERTY
### FREE AND DIVESTED OF LIENS

    Debtor Michael S. Duckett filed a ***Motion To Continue Hearing on Motion of Debtor for Authorization to Sell Property Free and Clear of All Liens and Encumbrances,*** wherein he provided an update on the parties' continuing attempt to resolve Nationstar Mortgage's objections to sale and represented the concurrence of Nationstar Mortgage to the requested continuance.

    ***AND NOW,*** this ___8th___ day of _____September_____, 20_17_, it is hereby ***ORDERED, ADJUDGED, and DECREED*** that:

(1) The Parties shall continue to meet and attempt resolution of Nationstar Mortgage's objections to the sale.

(2) The matter is continued, generally, to _____October 12_____, 20 17 at 11 : 30 A .M. in

the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

BY THE COURT:

**jlm**

Hon. Thomas P. Agresti
Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-11131-TPA
Michael S. Duckett                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil              Page 1 of 1              Date Rcvd: Sep 08, 2017
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db            +Michael S. Duckett,    1091 Sandstone Drive,    Falls Creek, PA 15840-3621
              +Mark J. Pecarchik, Esq.,    745 Somerville Dr.,    Pittsburgh, PA 15243-1668

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
                mcupec@grenenbirsic.com
              Donald M. Hahn    on behalf of Debtor Michael S. Duckett dhahn@nittanylaw.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sharon L. Smith    on behalf of Creditor Kelly  Duckett slschmedler@gmail.com,
                slschmedler@gmail.com
                                                                                          TOTAL: 6