IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | No. 16-11131-TPA |
| MICHAEL S. DUCKETT, | : | |
|     Debtor | : | |
| | : | Chapter 13 |
| MICHAEL S. DUCKETT, | : | |
|     Movant | : | |
| VS. | : | |
| | : | Doc. No. |
| NO RESPONDENT, | : | |

Hearing Date & Time:
October 12, 2017, at 11:30 a.m.

## CERTIFICATION OF NO OBJECTION REGARDING AMENDED MOTION OF DEBTOR FOR APPROVAL OF DOMENIC SCACCHITTI AS APPRAISER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **AMENDED MOTION OF DEBTOR FOR APPROVAL OF DOMENIC SCACCHITTI AS APPRAISER** filed on **September 8, 2017,** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **AMENDED MOTION OF DEBTOR FOR APPROVAL OF DOMENIC SCACCHITTI AS APPRAISER** appears thereon. Pursuant to the Notice of Hearing, objections to the **AMENDED MOTION OF DEBTOR FOR APPROVAL OF DOMENIC SCACCHITTI AS APPRAISER** were to be filed and served no later than **September 25, 2017**.

It is hereby respectfully requested that the Order attached to the **AMENDED MOTION OF DEBTOR FOR APPROVAL OF DOMENIC SCACCHITTI AS APPRAISER** be entered by the Court.

Respectfully submitted,

STOVER, McGLAUGHLIN, GERACE, WEYANDT & McCORMICK, P.C.

Dated: _10/9/17____

By: _/s/ Donald M. Hahn_____
Donald M. Hahn, Esquire
122 East High Street
P. O. Box 209
Bellefonte, PA 16823
(814) 355-8235
Attorney for Debtor

**PAWB Local Form 25 (07/13)**