FILED
10/13/17 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          : Case No.:   16-11131-TPA
                                                :
Michael S. Duckett                              : Chapter:    13
                                                :
*Debtor(s).*                                    :
                                                : Date:       10/12/2017
                                                : Time:       11:30

## PROCEEDING MEMO

**MATTER:** #45 C't Sale (Sale posted on EASI on 4/28/17)

**APPEARANCES:**
Debtor:      Donald M. Hahn
Trustee:     Richard Bedford
Nationstar:  Mark Pecarchik (video)
S&T Bank:    Chris Albert

**NOTES:**

Hahn:       Buyer landlock real estate.  Backgrounds of matters given (12:08) Supplement was filed.

Albert:     No objection

Pecarchik:  No objection

**OUTCOME:** Continued to 11/8/17 at 11am

*[signature]*
ljm