IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/13/17 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-11131-TPA |
| Michael S. Duckett | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 10/12/2017 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER:** #84 Amended Application to Employ Domenic Scacchitti as Appraiser

**APPEARANCES:**
Debtor:     Donald M. Hahn
Trustee:    Richard Bedford
Nationstar: Mark Pecarchik (video)

**NOTES:**


**OUTCOME:** GRANTED / OE


*[signature]*
ljm