FILED
10/13/17 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-11131-TPA |
| | : | | |
| Michael S. Duckett | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 10/12/2017 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER:**   #35 Contested Plan dated 3/1/17

**APPEARANCES:**
  Debtor:      Donald M. Hahn
  Trustee:     Richard Bedford
  Nationstar:  Mark Pecarchik (video)

**NOTES:**

**OUTCOME:**   Continued to November 8, 2017 at 11am

*[signature]*
ljm