**Fill in this information to identify the case:**

Debtor 1: Michael S. Duckett

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 16-11131

```
FILED
17 OCT 30 AM 11:41
CLERK
U.S. BANKRUPTCY
COURT - ERIE
```

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: S&T Bank

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 7 5 9 4

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 5-8-17   see attached | (3) | $ 1,150.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: _____ | | (11) | $ _____ |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2     Notice of Postpetition Mortgage Fees, Expenses, and Charges     page 1

Debtor 1   Michael S. Duckett
           First Name   Middle Name   Last Name

Case number (if known) 16-11131

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X *Linda L. Wolfe*
Signature

Date 10/23/2017

Print:   Linda L Wolfe
         First Name   Middle Name   Last Name

Title  Loss Mitigation Supervisor

Company  S&T Bank

Address  355 North 5th Street
         Number       Street
         Indiana                  Pa        15701
         City                     State     ZIP Code

Contact phone  724-427-2061

Email  linda.wolfe@stbank.co

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Western DISTRICT OF PENNSYLVANIA

IN RE:  
Michael S. Duckett

Bankruptcy No. 16-11131-TPA

Chapter 13

**CERTIFICATE OF SERVICE OF NOTICE OF POST-PETITION MORTGAGE FEE, EXPENSES & CHARGES**

  I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 23, 2017.

  The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Either First Class Mail and /or Electronic Notification.

**SERVICE BY FIRST CLASS MAIL**

Michael S. Duckett  
1091 Sandstone Drive  
Falls Creek, Pa  15840

Donald M. Hahn  
Stover McGlaughlin Gerace Weyandt et al  
919 University Drive  
State College, Pa  16801

Ronda J. Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, Pa  15219

U.S. Trustee  
Office of the U.S. Trustee  
Liberty Center  
1001 Liberty Avenue, Suite 970  
Pittsburgh, Pa  15222

U.S. Bankruptcy Court  
U.S. Courthouse  
Room B160  
17 South Park Row  
Erie, Pa  16501

By: _____  
   Signature

Linda L. Wolfe  
Loss Mitigation Supervisor  
S&T Bank  
355 North 5th Street  
Indiana Pa  15701  
724-427-2061

May 8, 2017  $650   Prepare Proof of Claim and analysis

May 8, 2017  $500  Objections to the plan