```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                              :
                                    :   No. 1-16-11131
MICHAEL S. DUCKETT,                 :
                                    :   Chapter 13
        Debtor              :

PRAECIPE TO WITHDRAW APPEARANCE

PLEASE remove my appearance as attorney for the above-referenced debtor(s), effective July 31, 2020.  My association with the law firm of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., is scheduled to terminate on that date, and I will no longer be representing clients after that date.  The above-referenced debtor(s) will continue to be represented by the law firm of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C.

                                      Respectfully submitted,

Dated: _7/31/2020_                  BY: _/s/ Donald M. Hahn_
                                            Donald M. Hahn, Esquire
                                            919 University Drive
                                            State College, PA 16801
                                            (814) 231-1850
                                            PA Bar ID No. 66398
                                            dhahn@nittanylaw.com

dwthdrw

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing document upon the person(s) and in the manner indicated below:

<u>Service by ECF Notice Addressed as Follows:</u>

    Ronda Winnecour, Esquire
    Chapter 13 Trustee

<u>Service by First-Class Mail Addressed as Follows:</u>

    Michael S. Duckett
    1091 Sandstone Drive
    Falls Creek, PA 15840

DATED this _31st____ day of _July_____, A.D., _2020_.

                                          _/s/ Donald M. Hahn_____